UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAMERON WARREN,

                              Plaintiff,

              -against-

PVH CORP., STEPHAN LARSSON, ET AL,

                              Defendants.

22-CV-851(LTS)

CIVIL JUDGMENT

For the reasons stated in the September 26, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    September 26, 2022
          New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge